———o———

FRANK HOELSCHER, Respondent, *vs.* ST. LOUIS, KANSAS CITY AND NORTHERN RAILWAY COMPANY, Appellant.

1. Transier vs. St. Louis, K. C. & N. R. R. Co., *ante* p. 189, affirmed.

*Appeal from Warren Circuit Court.*

*John M. Woodson,* for Appellant.

*E. A. Lewis,* for Respondent.

[See briefs of the attorneys in Transier vs. St. Louis, K. C. & N. R. R. Co., *ante* p. 189.]

NAPTON, Judge delivered the opinion of the court.

This case is precisely like the case of Transier vs. St. Louis, Kansas City & Northern Railway Company, and for the same reason must be reversed and remanded.